

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ABRAHAM JOSEPH WASHINGTON                      CIVIL ACTION

VERSUS                                          NO. 05-3015

ORLEANS PARISH PRISON ET AL.                    SECTION "T" (2)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE** to refiling after exhausting his administrative remedies.

New Orleans, Louisiana, this _1st_ day of _February_, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____